| 249P15 | State v. Donald Wayne Mims | Def's PDR Under N.C.G.S. § 7A-31 (COA14-1333) | Denied |
|---|---|---|---|
| 251P15 | Kevin Schaap v. Honorable Donna H. Johnson, Judge, Cabarrus County District Court and Mardan, II, LLC | Petitioner's *Pro Se* Motion for Notice of Appeal (COAP15-429) | Dismissed *ex mero motu* |
| 252P15 | In the Matter of D.L.W., D.L.N.W., V.A.W. | 1. Petitioner and GAL's Motion for Temporary Stay (COA14-1341) <br><br> 2. Petitioner and GAL's Petition for *Writ of Supersedeas* <br><br> 3. Petitioner and GAL's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **07/22/2015** <br><br> 2. <br><br> 3. |
| 255P15 | State v. Anthony Tyrone McLean | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP15-282) | Dismissed |
| 256P15 | State v. Charles Edward Humphries, Jr. | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Transylvania County <br><br> 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* <br><br> 3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed <br><br><br> 2. Allowed <br><br> 3. Dismissed as moot |
| 259P15 | State v. Jermaine L. Holloway | 1. Def's *Pro Se* Motion for PDR (COAP15-403) <br><br> 2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 1. Dismissed <br><br> 2. Dismissed |
| 260P15 | State v. Leonard Hardy | 1. Def's Motion for Temporary Stay (COA14-1320) <br><br> 2. Def's Petition for *Writ of Supersedeas* <br><br> 3. Def's Motion to Dissolve Temporary Stay <br><br> 4. Def's Motion to Withdraw Petition for *Writ of Supersedeas* | 1. Allowed **07/27/2015** <br><br> 2. — <br><br> 3. Allowed **07/30/2015** <br><br> 4. Allowed **07/30/2015** |